# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA

v.   1:13-cr-11

MICHAEL MANNING

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Counsel for Mr. Manning, Joseph S. Otte, files this Motion for Leave to Withdraw as Counsel in support thereof represents the following:

1. Undersigned counsel was appointed to represent Mr. Manning on June 28, 2023, in his indictment at 1:23-cr-12 and then subsequently appointed to represent Mr. Manning on the supervised release violation in the above-captioned case.

2. Undersigned counsel moved for was granted leave to withdraw in the case at 1:23-cr-12.

3. The conflict of interest in that case applies equally to representation in this case, thus undersigned counsel respectfully moves for leave to withdraw.

Undersigned counsel therefore requests that the motion be granted and his appearance be withdrawn.

Respectfully submitted,
/s/Joseph S. Otte
Joe Otte
PA ID 318862
429 Fourth Ave.
Suite 1002
Pittsburgh, PA 15219
(412) 529-0583